# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jenny A. Rajan<br>fka Jenny A Koshy<br>Wynn A. Rajan<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-17860 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                  Respectfully submitted,
                                  **/s/Kevin G. McDonald, Esq.**
                                  Kevin G. McDonald, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322