## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jenny A. Rajan fka Jenny A Koshy<br>Wynn A. Rajan<br>　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　Movant<br>vs. | NO. 18-17860 MDC |
| Jenny A. Rajan fka Jenny A Koshy<br>Wynn A. Rajan<br>　　　　Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Sienna VIN: 5TDDK3DC7GS136389 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 26th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
cc: See attached service list　　　　　　　　　　　Chief U.S. Bankruptcy Judge

Jenny A. Rajan fka Jenny A Koshy
503 Evergreen Avenue
Warminster, PA 18974

Wynn A. Rajan
503 Evergreen Avenue
Warminster, PA 18974

Kenneth G. Harrison, Esq.
Law Office of Kenneth G. Harrison
Five Neshaminy Interplex, Suite 115
Trevose, PA 19053

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532