United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-17860-mdc
Wynn A Rajan                                                    Chapter 13
Jenny A Rajan
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Nov 27, 2019
                              Form ID: pdf900          Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
```
db/jdb         +Wynn A Rajan,    Jenny A Rajan,    503 Evergreen Avenue,    Warminster, PA 18974-4613
cr             +BT MAPLE GLEN GP, LLC AND/OR BT MAPLE GLEN, LP,    200 DRYDEN ROAD,    SUITE 2000,
                 DRESHER, PA 19025-1048
cr             +BT MAPLE GLEN, LP,    200 Dryden Road,    Suite 2000,    Dresher, PA 19025-1048
cr              Bucks County Tax Claim Bureau,    c/o John A. Torrente, Esquire,    Bucks County Courthouse,
                 Broad and Court Streets,    Doylestown, PA  18901
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 28 2019 02:48:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2019 02:48:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 28 2019 02:48:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
```
              JEFFREY G. DIAMICO    on behalf of Creditor    BT MAPLE GLEN, LP jdiamico@sogtlaw.com,
               amichalski@sogtlaw.com
              JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
               jtorrente@begleycarlin.com
              KENNETH G. HARRISON    on behalf of Debtor Wynn A Rajan kghesq@juno.com
              KENNETH G. HARRISON    on behalf of Joint Debtor Jenny A Rajan kghesq@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM J. MAFFUCCI    on behalf of Creditor    BT MAPLE GLEN, LP wmaffucci@sogtlaw.com
              WILLIAM J. MAFFUCCI    on behalf of Creditor    BT MAPLE GLEN GP, LLC AND/OR BT MAPLE GLEN, LP
               wmaffucci@sogtlaw.com
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jenny A. Rajan fka Jenny A Koshy<br>        Wynn A. Rajan<br>                    Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>                    Movant<br>    vs. | NO. 18-17860 MDC |
| Jenny A. Rajan fka Jenny A Koshy<br>Wynn A. Rajan<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Sienna VIN: 5TDDK3DC7GS136389 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 26th day of November, 2019.

cc: See attached service list

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Jenny A. Rajan fka Jenny A Koshy
503 Evergreen Avenue
Warminster, PA 18974

Wynn A. Rajan
503 Evergreen Avenue
Warminster, PA 18974

Kenneth G. Harrison, Esq.
Law Office of Kenneth G. Harrison
Five Neshaminy Interplex, Suite 115
Trevose, PA 19053

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532