## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| **1. Pay Period End** 02/15/20 | | |
| **2. Pay Date** 02/21/20 | | |

| 3. Name RAJAN WYNN A | 4. Pay Plan/Grade/Step GS 12 06 | 5. Hourly/Daily Rate 47.96 | 6. Basic OT Rate 47.96 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 100086.00 100086.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-9422 | 9. Locality % 26.04 | 10. FLSA Category E | 11. SCD Leave 11/08/09 | 12. Max Leave Carry Over 240 / 13. Leave Year End 01/02/21 |

| 14. Financial Institution - Net Pay BANK OF AMERICA, N.A. | 15. Financial Institution - Allotment #1 JPMORGAN CHASE | 16. Financial Institution - Allotment #2 CAPITAL ONE N.A. |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | 422049 | M | 0 | 0 | PHILADELPHIA NR | FERS: 6898.38 | |
| PA | S | 99 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 3836.80 | 15623.52 | |
| TAXABLE WAGES | 2763.82 | 11416.68 | |
| NONTAXABLE WAGES | 322.98 | 1206.84 | |
| TAX DEFERRED WAGES | 750.00 | 3000.00 | |
| DEDUCTIONS | 2869.70 | 11484.15 | |
| AEIC | | | |
| NET PAY | 967.10 | 4139.37 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 3836.80 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (3) | 511.00 | 2044.00 | FEGLI | C0 | 15.45 | 61.35 |
| FEHB | 342 | 150.04 | 718.33 | HSA | | 100.00 | 200.00 |
| MEDICARE | | 50.95 | 209.04 | OASDI | | 217.85 | 893.83 |
| RETIRE, FERS | K | 30.69 | 121.98 | TAX, FEDERAL | | 261.54 | 1089.53 |
| TAX, LOCAL | 422049 | 132.30 | 538.72 | TAX, STATE | PA | 107.87 | 442.58 |
| TSP LOANS | 214001G | 469.07 | 1876.28 | TSP SAVINGS | | 750.00 | 3000.00 |
| DENTAL | | 52.95 | 208.52 | VISION | | 19.99 | 79.99 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 88.50 | 6.00 | 18.00 | 1.00 | 1.00 | | 105.50 | 7.50 |
| SICK | 75.00 | 4.00 | 12.00 | | | | 87.00 | |
| HOLIDAY | | | | | 8.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 7.73 | 30.69 | FEHB | 450.12 | 1875.68 |
| MEDICARE | 50.95 | 209.04 | OASDI | 217.85 | 893.83 |
| RETIRE, FERS | 613.89 | 2439.94 | TSP BASIC | 38.37 | 152.50 |
| TSP MATCHING | 153.47 | 609.98 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 150.04

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

Earnings Statement

ADP®

113-0001

*SALUS UNIVERSITY*
*8360 OLD YORK ROAD*
*ELKINS PARK, PA 19027*

| | |
|---|---|
| Period Beginning: | 02/08/2020 |
| Period Ending: | 02/21/2020 |
| Pay Date: | 02/21/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

**JENNY A RAJAN**
**503 EVERGREEN AVENUE**
**WARMINSTER PA 18974**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4359.24 | | 4,359.24 | 17,436.96 |
| Medical Waiver | | | 298.75 | 1,195.00 |
| Taxable Tuition | | | 465.07 | 1,860.28 |
| **Gross Pay** | | | **$5,123.06** | 20,492.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -523.80 | 2,095.17 |
| | Social Security Tax | -317.63 | 1,270.52 |
| | Medicare Tax | -74.29 | 297.14 |
| | PA State Income Tax | -157.28 | 629.12 |
| | Cheltenham T Income Tax | -51.23 | 204.92 |
| | Cheltenham T Local Svc Tax | -2.00 | 8.00 |
| | PA SUI/SDI Tax | -3.08 | 12.30 |
| | **Other** | | |
| | Taxable Tuition | -465.07 | 1,860.28 |
| | 403B - Sra | -812.50* | 3,250.00 |
| | **Net Pay** | **$2,716.18** | |
| | Checking | -2,716.18 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| SIK | 266.00 | |
| VAC | 119.00 | |
| 403B | 457.72 | 1,830.88 |

**Important Notes**
BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$4,310.56

© 2000 ADP, LLC.

*SALUS UNIVERSITY*
*8360 OLD YORK ROAD*
*ELKINS PARK, PA 19027*

| | |
|---|---|
| **Advice number:** | **00000080177** |
| Pay date: | 02/21/2020 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **JENNY A RAJAN** | xxxxxxxx9374 | xxxx xxxx | $2,716.18 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**