United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-17860-mdc
Wynn A Rajan                                                    Chapter 13
Jenny A Rajan
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: PaulP         Page 1 of 1          Date Rcvd: Mar 19, 2020
                          Form ID: 155        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.
db/jdb         +Wynn A Rajan,    Jenny A Rajan,    503 Evergreen Avenue,    Warminster, PA 18974-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
              BARBARA R. MERLIE    on behalf of Creditor    Bucks County Tax Claim Bureau
               BMerlie@rudolphclarke.com
              JEFFREY G. DIAMICO    on behalf of Creditor    BT MAPLE GLEN, LP jdiamico@sogtlaw.com,
               amichalski@sogtlaw.com
              KENNETH G. HARRISON    on behalf of Joint Debtor Jenny A Rajan kghesq@juno.com
              KENNETH G. HARRISON    on behalf of Debtor Wynn A Rajan kghesq@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM J. MAFFUCCI    on behalf of Creditor    BT MAPLE GLEN GP, LLC AND/OR BT MAPLE GLEN, LP
               wmaffucci@sogtlaw.com
              WILLIAM J. MAFFUCCI    on behalf of Creditor    BT MAPLE GLEN, LP wmaffucci@sogtlaw.com
                                                                                               TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Wynn A Rajan and Jenny A Rajan
    Debtor(s)

Chapter: 13

Bankruptcy No: 18−17860−mdc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 19th day of March 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

90 − 87
Form 155