UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              *   CHAPTER 13
WYNN & JENNY RAJAN                  *   BANKRUPTCY NO. 18-17860
      Debtor

**CERTIFICATE OF SERVICE**

    I, Kenneth G. Harrison, Esquire, do hereby certify that on March 24, 2020, I mailed to all interested parties a copy of the Application for Counsel Fees, Notice of Application for Counsel Fees and proposed order, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

                                       /s/ Kenneth G. Harrison
                                       Kenneth G. Harrison, Esquire
                                       Five Neshaminy Interplex Suite 115
                                       Trevose, PA 19053
                                       (215) 447-3149

Bank of America
P.O. Box 982235
El Paso, TX 79998-8835


Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY 13204


BT Maple Glen GP LLC
c/o William J. Maffucci, Esquire
2617 Huntingdon Pike
Huntingdon Valley, PA 19006


Bucks County Tax Claim Bureau
c/o John A. Torrente, Esquire
55 East Court Street
Doylestown, PA 18901


Citi Cards
Box 6500
Sioux Falls, SD 57117


Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025


Lending Club
595 Market Street
Suite 200
San Francisco, CA 94105


Swift Financial, LLC
3505 SIlverside Road
Suite 200
Wilmington, DE 19810

TD Bank
c/o Martin A. Mooney, Esquire
950 New Loudon Road
Suite 109
Latham, NY 12110

William C. Miller, Esquire
Standing Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105