UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              *    CHAPTER 13
WYNN & JENNY RAJAN                  *    BANKRUPTCY NO. 18-17860
    Debtor

**CERTIFICATION OF NO RESPONSE**

    I, Kenneth G. Harrison, Esquire, attorney for the debtor, hereby certify that as of this date, which is more than twenty (20) days from the date of service, exclusive of date of service, no response has been received as to the Application for Counsel Fees in the above matter.

    Respectfully submitted:

    /S/ Kenneth G. Harrison
    Kenneth G. Harrison, Esquire
    Five Neshaminy Interplex  Suite 115
    Trevose, PA 19053
    (215) 447-3149