UNITED STATES BANKRUPTCY COURT

<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| WYNEE & JENNY RAJAN | * | Bankruptcy No. 18-17860 |
| Debtor | * | |

### <u>ORDER</u>

AND NOW this <u>22nd</u> day of <u>April</u>, 2020, after reviewing the Application for Counsel fees and no objection being filed, it is hereby **ORDERED** and **DECREED**:

Counsel fees in the total amount of $3,000.00 are hereby approved.

Counsel shall be paid $1,700.00 as an administrative expense in the debtors Chapter 13 Plan, through the Standing Chapter 13 Trustee.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge