United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-17860-mdc
Wynn A Rajan                                                    Chapter 13
Jenny A Rajan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore           Page 1 of 1           Date Rcvd: Apr 22, 2020
                              Form ID: pdf900           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.
```
db/jdb         +Wynn A Rajan,    Jenny A Rajan,    503 Evergreen Avenue,    Warminster, PA 18974-4613
cr             +BT MAPLE GLEN GP, LLC AND/OR BT MAPLE GLEN, LP,    200 DRYDEN ROAD,    SUITE 2000,
                 DRESHER, PA 19025-1048
cr             +BT MAPLE GLEN, LP,    200 Dryden Road,    Suite 2000,    Dresher, PA 19025-1048
cr              Bucks County Tax Claim Bureau,    c/o John A. Torrente, Esquire,    Bucks County Courthouse,
                 Broad and Court Streets,    Doylestown, PA  18901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 23 2020 03:09:28      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2020 03:09:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 23 2020 03:09:12      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:
```
              BARBARA R. MERLIE    on behalf of Creditor    Bucks County Tax Claim Bureau
               BMerlie@rudolphclarke.com
              JEFFREY G. DIAMICO    on behalf of Creditor    BT MAPLE GLEN, LP jdiamico@sogtlaw.com,
               amichalski@sogtlaw.com
              KENNETH G. HARRISON    on behalf of Debtor Wynn A Rajan kghesq@juno.com
              KENNETH G. HARRISON    on behalf of Joint Debtor Jenny A Rajan kghesq@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM J. MAFFUCCI    on behalf of Creditor    BT MAPLE GLEN, LP wmaffucci@sogtlaw.com
              WILLIAM J. MAFFUCCI    on behalf of Creditor    BT MAPLE GLEN GP, LLC AND/OR BT MAPLE GLEN, LP
               wmaffucci@sogtlaw.com
                                                                                             TOTAL: 10
```

```
            UNITED STATES BANKRUPTCY COURT

        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          *    CHAPTER 13
WYNEE & JENNY RAJAN             *    Bankruptcy No. 18-17860
                Debtor          *
```

### ORDER

AND NOW this <u>22nd</u> day of <u>April</u>, 2020, after reviewing the Application for Counsel fees and no objection being filed, it is hereby **ORDERED** and **DECREED**:

Counsel fees in the total amount of $3,000.00 are hereby approved.

Counsel shall be paid $1,700.00 as an administrative expense in the debtors Chapter 13 Plan, through the Standing Chapter 13 Trustee.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge