Certificate Number: 13858-PAE-DE-037895311

Bankruptcy Case Number: 18-17860



13858-PAE-DE-037895311

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 30, 2023</u>, at <u>4:19</u> o'clock <u>PM EDT</u>, <u>Wynn A Rajan</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 30, 2023</u>            By:     <u>/s/Wendel Ruegsegger</u>

Name:   <u>Wendel Ruegsegger</u>

Title:   <u>Counselor</u>