Certificate Number: 13858-PAE-DE-037895138

Bankruptcy Case Number: 18-17860



13858-PAE-DE-037895138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 30, 2023, at 3:29 o'clock PM EDT, Jenny A. Rajan completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 30, 2023                By:    /s/Christian Cotto

Name:  Christian Cotto

Title:   Counselor