UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    *    CHAPTER 13
  WYNN A. RAJAN and                       *    BANKRUPTCY NO. 18-17860
  JENNY A. RAJAN
         Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATION REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

Part I.  Certification Regarding Domestic Support Obligations

   Pursuant to 11 U.S.C. Section 1328(a), I certify that:

   [X]  I owed no domestic support obligation when I filed my bankruptcy petition and I have not been required to pay any such obligation since then.

   [ ]  I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

Part II.  If you checked the second box, you must provide the information below.

   My current address: _____

   My current employer and my employer's address: _____

Part III.  Certification Regarding Section 522(q)

   Pursuant to 11 U.S.C. Section 1328(h), I certify that:

   [X]  I have not claimed an exemption pursuant to §522(b)(3) and state and local law (1) in property that I or a dependant of mine uses as a residence, claims as a homestead or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $155,675.00 in value in the aggregate.

   [ ]  I have claimed an exemption pursuant to §522(b)(3) and

state and local law (1) that I or a dependant of mine uses as a residence, claims as a homestead or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $155,675.00 in value in the aggregate.

*Part IV Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

10/30/2023
Date

_____
Debtor