United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17860-mdc |
| Wynn A Rajan | Chapter 13 |
| Jenny A Rajan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 16, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wynn A Rajan, Jenny A Rajan, 503 Evergreen Avenue, Warminster, PA 18974-4613 |
| 14242984 | + | BT MAPLE GLEN GP, LLC AND/OR BT MAPLE GLEN, LP, c/o William J. Maffucci, Esq., Semanoff Ormsby Greenberg & Torchia, LLC, 2617 Huntingdon Pike, Huntingdon Valley, Pennsylvania 19006-5109 |
| 14237563 | + | BT Maple Glen GP LLC, 200 Dryden Road, Suite 2000, Dresher, PA 19025-1048 |
| 14243558 | + | BT Maple Glen, LP, c/o William J. Maffucci, Esquire, Semanoff Ormsby Greenberg & Torchia, LLC, 2617 Huntingdon Pike, Huntingdon Valley, Pennsylvania 19006-5109 |
| 14244166 | + | BT Maple Glen, LP, c/o Jeffrey G. DiAmico, Esquire, Semanoff Ormsby Greenberg & Torchia, LLC, 2617 Huntingdon Pike, Huntingdon Valley, Pennsylvania 19006-5109 |
| 14284514 | + | Bucks County Tax Claim Bureau, c/o John Torrente, Esq., 5th Floor, 55 E Court Street, Doylestown, PA 18901-4318 |
| 14257374 | + | Kenneth G. Harrison, Esquire, Five Neshaminy Interplex Suite 115, Trevose, PA 19053-6967 |
| 14247550 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 14244587 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel, 950 New Loudon Rd, Latham, NY 12110-2100 |
| 14237569 | + | Warminster Township, 48 Swan Way, Suite 2, Warminster, PA 18974-4866 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 17 2024 04:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14253287 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 17 2024 04:28:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14237561 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2024 04:27:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-8835 |
| 14237562 | | Email/Text: bankruptcy@bhg-inc.com | Jan 17 2024 04:27:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 14237564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:31:29 | Citi Cards, Box 6500, Sioux Falls, SD 57117-6500 |
| 14237565 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:27:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14245211 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14237566 | + | Email/Text: Documentfiling@lciinc.com | Jan 17 2024 04:27:00 | Lending Club, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14260708 | + | Email/Text: Documentfiling@lciinc.com | Jan 17 2024 04:27:00 | LendingClub Corporation, 595 Market Street, Suite #200, San Francisco, CA 94105-2802 |
| 14237567 | | Email/Text: Bankruptcy@swiftcapital.com | Jan 17 2024 04:27:00 | Loan Builder, ATTN: Bankruptcy Notice, c/o Swift Financial, LLC, 3505 Silverside Road, Wilmington, DE 19810 |
| 14245472 | | Email/Text: Bankruptcy@swiftcapital.com | Jan 17 2024 04:27:00 | Swift Financial, LLC, 3505 Silverside Rd. Suite 200, Wilmington, DE 19810 |
| 14269250 | | Email/Text: bankruptcy@td.com | Jan 17 2024 04:28:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 14261828 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 17 2024 04:27:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14463605 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:31:30 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14411348 | ^ | MEBN | Jan 17 2024 04:22:31 | Toyota Lease Trust, C/O KML Law Group, Kevin G. McDonald, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14244862 | ##+ | TD BANK, N.A, C/O MARTIN A. MOONEY, Schiller, Knapp, Lefkowitz & Hertzel LLP, 950 New Loudon Road, Ste. 109, Latham, NY 12110-2190 |
| 14237568 | ##+ | TD Bank, 2059 Springdale Road, Cherry Hill, NJ 08003-4011 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEFFREY G. DIAMICO | on behalf of Creditor BT MAPLE GLEN LP jdiamico@sogtlaw.com, kgennett@sogtlaw.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 16, 2024 | Form ID: 138OBJ | Total Noticed: 26

| | |
|---|---|
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH G. HARRISON | on behalf of Debtor Wynn A Rajan kghesq@juno.com |
| KENNETH G. HARRISON | on behalf of Joint Debtor Jenny A Rajan kghesq@juno.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| MARTIN A. MOONEY | on behalf of Creditor TD BANK N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J. MAFFUCCI | on behalf of Creditor BT MAPLE GLEN LP wmaffucci@sogtlaw.com |
| WILLIAM J. MAFFUCCI | on behalf of Creditor BT MAPLE GLEN GP LLC AND/OR BT MAPLE GLEN, LP wmaffucci@sogtlaw.com |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wynn A Rajan and Jenny A Rajan

      Debtor(s)                                     Case No: 18−17860−mdc

                                                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                 900 Market Street
                                    Suite 400
                          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/16/24