United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 18-17860-mdc

Wynn A Rajan                                                        Chapter 13

Jenny A Rajan

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

**Recip ID**          **Recipient Name and Address**
db/jdb         + Wynn A Rajan, Jenny A Rajan, 503 Evergreen Avenue, Warminster, PA 18974-4613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

**Name**          **Email Address**

JEFFREY G. DIAMICO
      on behalf of Creditor BT MAPLE GLEN  LP jdiamico@sogtlaw.com, kgennett@sogtlaw.com

KELLY LYN EBERLE
      on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com

KENNETH E. WEST
      ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH G. HARRISON
      on behalf of Joint Debtor Jenny A Rajan kghesq@juno.com

KENNETH G. HARRISON
      on behalf of Debtor Wynn A Rajan kghesq@juno.com

KEVIN G. MCDONALD

District/off: 0313-2                          User: admin                                 Page 2 of 2
Date Rcvd: Jan 16, 2024                       Form ID: 234                                 Total Noticed: 1

                                on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

MARTIN A. MOONEY
                                on behalf of Creditor TD BANK  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

United States Trustee
                                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. MAFFUCCI
                                on behalf of Creditor BT MAPLE GLEN GP  LLC AND/OR BT MAPLE GLEN, LP wmaffucci@sogtlaw.com

WILLIAM J. MAFFUCCI
                                on behalf of Creditor BT MAPLE GLEN  LP wmaffucci@sogtlaw.com


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wynn A Rajan and Jenny A Rajan

          Debtor(s)

Case No:18−17860−mdc

Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 1/16/24